UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| LUIS ALBERTO BRECEDA and VICTOR ROBLES CASTRO, JR., | 19 Cr. 753 (PGG) |
| Defendants. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a status conference will be held on **December 16, 2019 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge