UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LUIS ALBERTO BRECEDA,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for

**January 15, 2020** is adjourned to **February 19, 2020 at 12:15 p.m.** in Courtroom 705 of the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant

United States Attorney Daniel Nessim, and with the consent of Luis Alberto Breceda, by and

through his counsel, it is hereby ORDERED that the time from January 16, 2020 through

February 19, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section

3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice

and outweighs the best interests of the public and the defendant in a speedy trial, because it will

allow the parties time to engage in further discussions concerning a possible disposition of this

matter.

Dated: New York, New York
January 16, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge