UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LUIS ALBERTO BRECEDA,

                Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that a conference will take place in this action on **April 1, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       February 22, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge