UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS ALBERTO BRECEDA,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for June 11, 2020 is adjourned to **June 12, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Pursuant to Standing Order In Re: Coronavirus/COVID-19 Pandemic, No. 20 Misc. 196 (April 20, 2020), it is further ORDERED that the time from May 19, 2020 through June 12, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because of the recent pandemic and the difficulties it has presented in connection with attorney-client communication.

Dated: New York, New York
May 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge