UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LUIS ALBERTO BRECEDA,

          Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference currently scheduled for June 15, 2020 for defendant Breceda is adjourned to **July 16, 2020 at 11:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    Upon the application of the defendant, by and through counsel, Virginia Alvarez, and with the consent of the United States of America, by and through Assistant United States Attorney Daniel Nessim, it is hereby ORDERED that the time from June 15, 2020 through July 16, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because of the disruptions caused by the recent pandemic.

Dated:  New York, New York
        June 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge