UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS ALBERTO BRECEDA,

            Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Luis Breceda has requested an adjournment of the status conference scheduled for October 13, 2020.  (Dkt. No. 61)  Accordingly, it is hereby ORDERED that the conference is adjourned to **November 16, 2020 at 12:00 p.m.**  The conference will proceed by telephone.

      Upon the application of Breceda, by and through his counsel, Aaron Mysliwiec, and with the consent of the United States of America, by and through Assistant United States Attorney Daniel Nessim, it is further ORDERED that the time from October 13, 2020 through November 16, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to engage in discussions concerning a possible pre-trial disposition.

Dated: New York, New York
       October 8, 2020

                                              SO ORDERED.

                                              _____
                                              Paul G. Gardephe
                                              United States District Judge