UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS ALBERTO BRECEDA,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action scheduled for December 17, 2020 at 12:00 p.m is adjourned to **December 17, 2020 at 3:00 p.m.** The conference will proceed by telephone.

Dated: New York, New York
December 1, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge