UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

LUIS ALBERTO BRECEDA,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

At the request of Defendant Luis Breceda (see Dkt. No. 74), the conference scheduled for February 25, 2021, is adjourned to **March 11, 2021 at 12:00 noon.**  The conference will proceed by telephone.

Upon the application of Defendant Breceda, by and through his counsel Aaron Mysliwiec, and with the consent of the United States of America, by and through Assistant United States Attorney Daniel Nessim, the time from February 25, 2021 through March 11, 2021 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendant in a speedy trial, because it will permit the parties to complete their discussions regarding a possible pre-trial disposition.

Dated: New York, New York
February 23, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge