UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS ALBERTO BRECEDA,

Defendant.

**ORDER**

19 Cr. 753 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of the Defendant will take place on **July 30, 2021 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of the Defendant are due **July 9, 2021**, and any submission by the Government is due on **July 16, 2021**.

Dated: New York, New York
       March 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge