

July 1, 2021

**VIA ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:  *United States v. Luis Alberto Breceda*, 19 Cr. 753 (PGG)

Dear Judge Gardephe:

  My client in the above-captioned case is currently scheduled to be sentenced by this Court at an in-person proceeding at 4:00 p.m. on July 30, 2021. I write to respectfully request that the Court reschedule Mr. Breceda's sentencing to the morning of July 30, 2021, or any time on July 29 or August 2.

  The reason for this request is that I have a parenting responsibility that will prevent me from appearing before the Court in the afternoon of July 30. The Government, through AUSA Daniel Nessim, informed me it has no objection to this request.

  I thank the Court for its consideration of this letter motion.

                    Respectfully submitted,

                       /s/

                     Aaron Mysliwiec
                     *Attorney for Luis Breceda*

cc: AUSA Daniel Nessim (via ECF)

  MEMO ENDORSED

  The sentencing of the Defendant, currently scheduled for July 30, 2021 will now take place on July 29, 2021 at 12:00 p.m.

  SO ORDERED.

  *[signature]*

  Paul G. Gardephe
  United States District Judge
  July 6, 2021

042 • (F) 800-507-8507 • www.fmamlaw.com